JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RONDEL DELBERT GARDNER, | ) | No. LA CV 20-04998-VBF (AGR) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| DEBBIE ASUNCION, et al., | ) | |
| Respondent. | ) | |

IT IS ADJUDGED that the Petition For Writ of Habeas Corpus is dismissed without prejudice to Petitioner's ability to file a separate civil rights action.

DATED: September 18, 2020

*Valerie Baker Fairbank*

Hon. VALERIE BAKER FAIRBANK
Senior United States District Judge